■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of ROBERT DIXON, Respondent, v GREIF BROTHERS CORPORATION, Petitioner.—Petition unanimously granted, without costs, order of appeal board annulled, on the law, and determination of the State Division of Human Rights reinstated and confirmed. Memorandum: Greif Brothers Corp. petitions pursuant to section 298 of the Executive Law, seeking to review an order of the respondent State Human Rights Appeal Board which reversed a determination of the State Division of Human Rights dismissing the Dixon complaint on the ground of no probable cause to believe that Greif Brothers Corp. engaged in a discriminatory practice. Our review confirms that there was

sufficient evidence to support the determination of no probable cause for the complaint. Since there was a rational basis for the determination reached by the State Division of Human Rights, the appeal board was obligated by statute to affirm (Executive Law, § 297-a, subd 7, par e; *State Div. of Human Rights v New York State Drug Abuse Control Comm.,* 59 AD2d 332). The board may not exceed the limited scope of its review and substitute its judgment for that of the division *(Putnam Community Hosp. v New York State Human Rights Appeal Bd.,* 63 AD2d 1017). The investigation was thorough; the determination was not arbitrary or capricious; and thus, the appeal board erred in reversing the commissioner's determination and remanding the complaint to him for further investigation *(State Div. of Human Rights v New York State Drug Abuse Control Comm., supra).* (Proceeding pursuant to Executive Law, § 298.) Present—Dillon, P. J., Schnepp, Callahan, Witmer and Moule, JJ.